**Anita MENDELSON, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2014–7030.**

United States Court of Appeals, Federal Circuit.

Nov. 20, 2014.

Kenneth M. Carpenter, Esq., Attorney, Law Offices of Carpenter Chartered, Topeka, KS, for Claimant–Appellant.

Sarah M. Valenti, Trial Attorney, Department of Justice, David J. Barrans, Deputy Assistant General Counsel, Brian D. Griffin, General Attorney, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent–Appellee.

**ON MOTION**

**ORDER**

Anita Mendelson moves without opposition to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.